**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * * * * | |
| *Petitioner*, | * * | Case No.: |
| v. | * * | |
| MICHAEL HENNIGAN; PAMELA HENNIGAN; AMIEE RHIANNON NYCHOLE NEWSOM, | * * * * | |
| *Respondents*. | | |

**COMPLAINT FOR DECLARATORY JUDGMENT**

The Petitioner, State Farm Mutual Insurance Company ("State Farm"), hereby submits this Complaint for Declaratory Judgment to determine whether it has any contractual obligations to Respondents and for any other relief available under the applicable law.

**PARTIES**

1.      State Farm is an insurance company incorporated in Illinois, with its principal place of business in Illinois. It is licensed to do business in Alabama and is actively conducting business in Alabama.

2.      Respondent Michael Hennigan is an adult citizen residing in Baldwin County, Alabama.

3.      Respondent Pamela Hennigan is an adult citizen residing in Baldwin County, Alabama.

4.      Respondent Amiee Rhiannon Nychole Newsom is an adult citizen residing in either Baldwin County or Madison County.

**JURISDICTION AND VENUE**

5.        Jurisdiction is proper in the Southern District of Alabama, Mobile Division because there is complete diversity of parties, and the amount in controversy is greater than $75,000. *See* 28 U.S.C. § 1332.

6.        Venue is proper in the Southern District of Alabama, Mobile Division, where Mr. and Ms. Hennigan reside, and where the insurance policy that is the subject of this Declaratory Judgment Complaint was issued to Mr. and Ms. Hennigan.

**FACTS**

7.        On December 1, 2024, Respondent Newsom was involved in a motor vehicle accident in Baldwin County, Alabama that also involved non-party Hollie Shay O'Ferrell. A copy of the Accident Report for that accident is attached as Exhibit A.

8.        Ms. O'Ferrell filed suit in the Circuit Court of Baldwin County, Alabama seeking damages for injuries she alleges she sustained as a result of this motor vehicle accident (the "O'Ferrell Suit"). Respondent Newsom is named as a defendant in the O'Ferrell Suit. A copy of the O'Ferrell Suit Complaint is attached as Exhibit B.

9.        At the time of the accident at issue in the O'Ferrell Suit, Respondent Newsom was driving a 2008 Toyota Camry LE, VIN 4T1BE46K08U753926. Upon information and belief, Ms. Newsom purchased this vehicle from Mr. and Ms. Hennigan on or about August 12, 2024. A copy of the bill of sale between Ms. Newsom and Mr. and Ms. Hennigan is attached as Exhibit C.

10.        Despite having sold the 2008 Toyota Camry, Mr. and Ms. Hennigan never canceled the State Farm auto policy associated with the vehicle. The declarations page and policy booklet for this policy are attached as Exhibit D *in globo*.

11.     The attached State Farm policy booklet includes definitions relevant to the policy

provisions. Pursuant to the applicable policy booklet:

> Your Car means the vehicle shown under YOUR CAR on the Declarations Page.
> **_Your Car does not include a vehicle that you no longer own_** or lease.

(Exh. D at p. 5) (emphasis added).

The policy also includes the following relevant provisions:

LIABILITY COVERAGE
Additional Definitions

Insured means:
1.     you and resident relatives for:
    a.     the ownership, maintenance, or use of:
        (1) your car;…

Insuring Agreement

1.     We will pay:
    a.     damages an insured becomes legally liable to pay because of:
        (1) bodily injury to others; and
        (2) damage to property…

12.     Under the express language of its policy, State Farm does not owe liability coverage

in this case to Mr. and Ms. Hennigan because neither was involved in the accident at issue between

Newsom and O'Ferrell. Likewise, the Hennigans no longer owned the 2008 Toyota Camry.

14.     Under the express language of its policy, State Farm does not owe liability coverage

to Ms. Newsom because she is not an insured under the policy.

15.     For the reasons set forth herein, as well as any and all reasons in the attached State

Farm policy, State Farm asserts that it does not owe liability coverage to Respondents in the

O'Ferrell Suit or for any other claims or litigation that may or could arise from the December 1,

2024 accident.

3

16.     Due to the underlying lawsuit and claim for coverage, there is a justiciable controversy proper for a declaratory judgment lawsuit.

WHEREFORE, Petitioner State Farm moves this Honorable Court to take jurisdiction of this matter, and after reviewing the merits of this case, to make a declaration as to whether coverage exists under the State Farm insurance policy described herein.

Respectfully submitted,

  /s/ Steven P. Savarese, Jr.
Steven P. Savarese, Jr., ASB 5286-E45S
Reed M. Coleman, ASB 9715-C67G

*Counsel for defendant State Farm Mutual Automobile Insurance Company*

**OF COUNSEL:**
HOLTSFORD GILLILAND HITSON HOWARD
        STEVENS TULEY & SAVARESE, P.C.
Merritt Building II
6483 Van Buren Street
Daphne, Alabama 36526
(251) 447-0234
rcoleman@hglawpc.com
ssavarese@hglawpc.com

**PLEASE SERVE VIA CERTIFIED MAIL:**
Mr. Michael Hennigan
20764 Southwood Street
Fairhope, Alabama 36532

Ms. Pamela Hennigan
20764 Southwood Street
Fairhope, Alabama 36532

Ms. Amiee Newsom
512 Lace St. NE
Huntsville, Alabama 36801

  /s/Steven P. Savarese, Jr.
**OF COUNSEL**

4